# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 4:17CR270 |
| v. | |
| JABARI DEVERON GAYLE, | |
| Defendant. | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Paul Mooney counsel for Defendant Jabari Deveron Gayle, for the dates of May 31, 2019 through and including June 10, 2019 and August 26, 2019 through and including September 6, 2019. (Doc. 16.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 11th day of April, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA